1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9 CARLOS RICKY GONZALES,

10                        Petitioner,

11        v.

12

13 MARTIN D. BITTER,

14                        Respondent.

1:12-cv-00714-BAM (HC)

ORDER SETTING BRIEFING SCHEDULE TO
ADDRESS CLAIM THREE OF THE PETITION
FOR WRIT OF HABEAS CORPUS

[Doc. 14]

_____/

15
16        Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. §
17 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the
18 United States magistrate judge.  Local Rule 305(b).
19        On September 28, 2012, the undersigned issued an order denying in part the petition for
20 writ of habeas corpus.  All of the claims raised in the petition were denied on the merits except
21 Petitioner's claim challenging the dismissal of Juror No. 32 in which it was determined that the
22 interests of justice would be served by the appointment of counsel represent Petitioner to further
23 develop the claim.  On October 23, 2012, Carolyn D. Phillips was appointed to represent
24 Petitioner.
25        IT IS HEREBY ORDERED that:
26        1.        Within forty-five (45) days from the date of service of this order Petitioner shall
27                 file a response to Respondent's answer addressing the merits of Petitioner's
28

1

challenge to the right to a fair trial; and

2.      Within thirty (30) days from the date of Petitioner's response Respondent shall

file a reply.

IT IS SO ORDERED.

Dated:   **January 16, 2013**                    /s/ **Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE